# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

2012 AUG 13 AM 10:50

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES OF AMERICA,

               Plaintiff,

    vs.

GENARO LOPEZ,

               Defendant.

CASE NO. 12CR3276-CAB

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment/Information:

TITLE 21, U.S.C., SECS. 952 AND 960 - IMPORTATION OF COCAINE

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 10, 2012

Cathy Ann Bencivengo
U.S. District Judge